ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   michelle.kane3@usdoj.gov

Attorneys for United States of America

FILED

Nov 14 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKDLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>    v. <br> INDIGO KIARA GRAHAM, <br> CORTEZ TARMAR CRAWFORD, and <br> TREVON DEMAR ALLEN, <br>    Defendants. | CASE NO. CR 24-CR-00566 JST <br><br> APPLICATION TO UNSEAL CASE AND [~~PROPOSED~~] ORDER |

The United States respectfully requests that this Court enter the proposed Order set forth below, requiring that the Clerk of the Court unseal the entire case in the above-captioned matter in its entirety. Defendants were arrested and appeared in court on November 13, 2024 in Northern District of Indiana.

                                                   Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney
                                                   */s/ Michelle J. Kane*
                                                   MICHELLE J. KANE
                                                   Assistant United States Attorney

**SEALING ORDER**

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the entire case in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated: 11/14/24

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court