1 | MIRANDA KANE (CA Bar No. 150630)
2 | **CONRAD | METLITZKY | KANE LLP**
  | 217 Leidesdorff Street
3 | San Francisco, CA 94111
  | Telephone:   (415) 343-7100
4 | Facsimile:   (415) 343-7101
  | Email:       mkane@conmetkane.com

Attorney for Defendant Indigo Graham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 24-CR-0566-JST |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| INDIGO GRAHAM, | Motion Hearing: November 21, 2025 |
| Defendant. | Time: 9:30 a.m. |
| | Court: The Honorable Jon S. Tigar |

TO THE UNITED STATES ATTORNEY'S OFFICE AND TO ASSISTANT UNITED STATES ATTORNEY MICHELLE KANE:

    Please take notice that pursuant to Criminal Local Rule 44-2(b), Miranda Kane, appointed counsel for Defendant INDIGO GRAHAM moves to withdraw on the grounds that there is a complete breakdown in communication between Ms. Kane and Ms. Graham such that Ms. Kane can no longer effectively represent Ms. Graham. *See* <u>United States v. Nguyen</u>, 262 F.3d 998, 1005 (9th Cir. 2001). This motion is supported by the underseal Declaration of Miranda Kane, filed separately.

    Respectfully submitted,

DATED: November 6, 2025          */s/ Miranda Kane*

                                              MIRANDA KANE
                                              Attorney for Defendant Indigo Graham