MIRANDA KANE (CA Bar No. 150630)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 343-7100
Facsimile:  (415) 343-7101
Email:   mkane@conmetkane.com

Attorney for Defendant Indigo Graham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>INDIGO GRAHAM,<br><br>          Defendant. | CASE NO. 24-CR-0566-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

GOOD CAUSE BEING SHOWN, effective immediately this Court permits appointed counsel Miranda Kane, and her law firm, Conrad | Metlitzky | Kane, to withdraw as counsel of record for Defendant INDIGO GRAHAM.

**IT IS SO ORDERED.**

DATED: _____  _____

The Honorable Jon S. Tigar
United States District Court