UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 30 minutes |
| Date: | November 21, 2025 | | |
| Case No.: | **4:24-cr-00566-JST-1** | | |

**United States of America**   v.   **Indigo Kiara Graham**

☐ Defendant
☑ Present
☐ Not Present
☐ In Custody

Michelle Kane
U.S. Attorney

Miranda Kane
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Stephen Franklin
via zoom

*PROCEEDINGS*

Appointed Counsel Miranda Kane's Motion to withdraw as counsel of record [Docket No. 66] and Status Conference – held.

*RESULT OF HEARING*

1. The Court conducted the hearing on Miranda Kane's Motion to withdraw as counsel of record Under Seal. The Court closes the courtroom and ordered the transcript sealed regarding the Motion to Withdraw with the exception that the Defendant and Miranda Kane can request for a copy of today's sealed transcript without a Court Order.
2. The Court granted Miranda Kane's motion to withdraw as counsel of record [Docket No. 66]. The Court found that there has been a conflict due to an irreconcilable breakdown in communication between Defendant's Counsel and the Defendant. The Court referred this matter to the CJA Panel for the appointment of new counsel for the Defendant.
3. The Court set this matter for Attorney Appointment Hearing on 12/4/2025 at 10:30 AM before Magistrate Judge Thomas S. Hixson in Courtroom E, 15th Floor, U.S. District Court in San Francisco, California.
4. Time is excluded from 11/21/2025 to 12/4/2025 for the Defendant to secure new appointed counsel. The Government is to prepare a proposed order.