1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        michelle.kane3@usdoj.gov
8
   Attorneys for United States of America
9
                                UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                        OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) Case No. CR 24-00566 JST (TSH)
                                         )
14 |         Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER TO
                                         ) CONTINUE IDENTIFICATION OF COUNSEL
15 |     v.                              ) HEARING AND EXCLUDE TIME FROM
                                         ) DECEMBER 4, 2025, THROUGH DECEMBER 12,
16 | INDIGO KIARA GRAHAM,                ) 2025.
                                         )
17 |         Defendant.                  )
                                         )
18

19     The parties appeared before the Court on November 21, 2025, for a status conference and a

20 hearing on defense counsel's motion to withdraw. Judge Tigar granted the motion after an *ex parte*

21 hearing and set the matter for appointment of counsel on December 4, 2025, at 11:00 am before U.S.

22 Magistrate Judge Thomas S. Hixson. (Dkt. 74) Thereafter, Matthew Dirkes, a member of the Criminal

23 Justice Act Panel, agreed to appear on December 4, 2025, and be appointed as counsel for Defendant

24 Graham. Pursuant to Judge Tigar's direction at the November 21, 2025, hearing, on December 1, 2025,

25 Defense counsel filed a stipulation and proposed order authorizing travel on behalf of Defendant

26 Graham. (Dkt. 78) The order was granted on December 2, 2025 (Dkt. 79). However, the United States

27 Marshals Service did not have sufficient time to arrange for Defendant Graham's flights. The parties

28 stipulate and agree that the identification of counsel hearing set for December 4, 2025, should be vacated

CASE NO. 24-CR-0566-JST
STIPULATION AND [PROPOSED] ORDER

1  and continued to December 12, 2025, at 11:00am before Magistrate Judge Thomas S. Hixon.
2  Undersigned counsel for Defendant Graham will timely submit a new stipulation and order authorizing
3  travel.
4        Counsel for the government and defendant agree that time should be excluded under the Speedy
5  Trial Act so that new defense counsel, Mr. Dirkes, can be appointed and begin preparing the case. For
6  this reason and as further stated on the record at the appearance on November 21, 2025, the parties
7  stipulate and agree that excluding time until December 12, 2025, will allow defendant reasonable time to
8  obtain counsel and will allow for the effective preparation of counsel. *See* 18 U.S.C.
9  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding
10 the time from December 4, 2025, through December 12, 2025, from computation under the Speedy Trial
11 Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
12 3161(h)(7)(A), (B)(iv).

13 **IT IS SO STIPULATED.**

14 DATED: December 3, 2025         /s/
                                         MICHELLE J. KANE
15                                          Assistant United States Attorney

16
17 DATED: December 3, 2025         /s/
                                         MIRANDA KANE
18                                          Counsel for Defendant GRAHAM

19 DATED: December 3, 2025         /s/
                                         MATTHEW DIRKES
20                                          Counsel for Defendant GRAHAM

21
22 **[~~PROPOSED~~] ORDER**

23       FOR GOOD CAUSE SHOWN and based upon the facts set forth in the stipulation of the parties,
24 the identification of counsel hearing is continued from December 4, 2025, to December 12, 2025, at
25 11:00am before Magistrate Judge Thomas S. Hixon in San Francisco.
26       Based upon the facts set forth in the stipulation of the parties and the representations made to the
27 Court on November 21, 2025, and for good cause shown, the Court further finds that failing to exclude
28 the time from December 4, 2025, through December 12, 2025, would deny Defendant Graham

1  reasonable time to obtain counsel and would unreasonably deny defense counsel for Defendant Graham
2  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
3  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the
4  time from December 4, 2025, through December 12, 2025, from computation under the Speedy Trial
5  Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the
6  consent of the parties, IT IS HEREBY ORDERED that the time from December 4, 2025, through
7  December 12, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
8  3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: December 3, 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge