1  MIRANDA KANE (CA Bar No. 150630)
   **CONRAD | METLITZKY | KANE LLP**
2  217 Leidesdorff Street
   San Francisco, CA 94111
3  Telephone:   (415) 343-7100
   Facsimile:   (415) 343-7101
4  Email:       mkane@conmetkane.com

5  Attorneys for Defendant Indigo Graham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 24-CR-0566-JST |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION BY DEFENDANT FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |
| INDIGO GRAHAM, | |
| Defendant. | |

1  Defendant Indigo Graham has been found to be indigent and to qualify for funding under the
2  Criminal Justice Act.
3  Defendant Indigo Graham resides in the Northern District of Indiana. She is scheduled to appear
4  in the Northern District of California on December 12, 2025, at 11:00 a.m. for an Identification of
5  Counsel Hearing before Magistrate Judge Hixon in San Francisco. Defendant hereby applies, pursuant
6  to 18 U.S.C. § 4285 for travel expenses to attend the scheduled court appearance. In order for Ms.
7  Graham to appear on December 12, 2025, she will need to travel on December 11, 2025.
8  Defendant applies for:
9  Transportation from the Northern District of Indiana to the Northern District of
10  California, in the form of:
11  (1) The U.S. Marshal arranging noncustodial transportation to appear before the
12      required Court;
13  Or:
14  (2) The necessary fare for transportation to the required Court.
15  And:
16  (3) An amount for subsistence expense to the destination, not to exceed the
17      amount authorized by 5 U.S.C. § 5702(a).
18  I certify under penalty of perjury that the above is true and correct.
19
20  DATED: December 4, 2025        /s/ Miranda Kane
21                                 MIRANDA KANE
                                   Attorney for Defendant Indigo Graham

CASE NO. 24-CR-0566-JST    1    APPLICATION BY DEFENDANT FOR TRANSPORTATION EXPENSES