DOCUMENTS UNDER SEAL ☐ TOTAL TIME (mins): 4 mins

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Aris Garcia | LIBERTY DIGITAL RECORDING:<br>11:03 - 11:07 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Thomas S. Hixson | DATE<br>12/12/2025 | NEW CASE ☐ | CASE NUMBER<br>4:24-cr-00566-JST-1 |

## APPEARANCES

| DEFENDANT<br>Indigo Kiara Graham | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Matthew Dirkes | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|

U.S. ATTORNEY Daniel Kassabian for Michelle Kane | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D

PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allyse Johnson | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐

## PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS RE PRELIM. HRG/ ARRAIGN.
☒ I.D. COUNSEL HELD | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER
☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING

## INITIAL APPEARANCE

☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME:

## ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED

## RELEASE

☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:

## CONTINUANCE

TO: 4/3/2026 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET
AT: 9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS
BEFORE HON. TSH | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING
☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

Matthew Dirkes Appointed Non Pro Tunc to 12/11/2025. Parties stip to excl time for the reasons stated on the record is Granted.

DOCUMENT NUMBER: