Matthew Dirkes (State Bar No. 255215)
ILLOVSKY GATES & CALIA LLP
matt@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Indigo Graham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INDIGO KIARA GRAHAM,<br><br>Defendant. | Case No. CR 24-00566 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |

Undersigned counsel for Indigo Graham and counsel for the United States stipulate and request that the briefing schedule for any motion to dismiss, set forth in the Court's May 20, 2026, Order, ECF No. 113, be modified as follows:

- The deadline to file a motion to dismiss be continued from July 17, 2026, to July 31, 2026;
- The deadline for the government's opposition be rescheduled to August 21, 2026;
- The deadline for any reply be rescheduled to August 28, 2026; and
- The hearing be rescheduled from August 21, 2026, to September 11, 2026.

The parties request this new schedule given the press of other matters for undersigned counsel for Ms. Graham. The revised briefing schedule will not impact any other deadlines in this case.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated: July 13, 2026

/s/
MICHELLE J. KANE
Assistant United States Attorney

Dated: July 13, 2026

/s/
MATTHEW DIRKES
Counsel for defendant GRAHAM

**IT IS SO ORDERED.**

Dated:

HON. JON S. TIGAR
United States District Judge